UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

VIRGIN and MARLENE RODGERS,

    Plaintiffs,

vs

LOWE'S HOME CENTERS, INC.,

    Defendant.

Case No. 04-71378
Honorable: Victoria A. Roberts

_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the
City of Detroit, County of Wayne,
State of Michigan on   9/19/05

PRESENT: HON.  Victoria A. Roberts
      United States District Court Judge

UPON READING and FILING the attached Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' Complaint shall be dismissed with prejudice and without costs to Defendant, LOWE'S HOME CENTERS, INC., and resolves the last pending claim and closes the case.

                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated:  September 19, 2005

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 19, 2005.
>
> s/Carol A. Pinegar
> Deputy Clerk

## STIPULATION

The parties herein stipulate to entry of the aforedescribed order.

APPROVED:

s/  Thomas D. Ready        (9/8/05)
_____
Thomas D. Ready (P19275)
**Attorney for Plaintiffs**


s/  Jennifer G. Damico        (9/9/05)
_____
Jennifer G. Damico (P51403)
PLUNKETT & COONEY, P.C.
**Attorneys for Defendant**


Detroit.11349.41693.1088580-1